ANDREW et al. v. GLOBE ELEVATOR CO. et al.

(Circuit Court of Appeals, Seventh Circuit. May 18, 1907.)

No. 1,318.

INJUNCTION—PRELIMINARY INJUNCTION—REVIEW ON APPEAL.

A preliminary injunction, restraining the enforcement of a state grain inspection law in respect to interstate shipments pending a final hearing as to its constitutionality, *held* not improvidently granted upon the facts shown, and sustained, without consideration of the case on its merits.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 27, Injunction, §§ 305, 306.]

Appeal from the Circuit Court of the United States for the Western District of Wisconsin.

For opinion below, see 144 Fed. 871.

L. K. Luse, for appellants.
Ralph Whelan, C. H. Crownhart, and J. A. Murphy, for appellees.

Before GROSSCUP, BAKER, and SEAMAN, Circuit Judges.

PER CURIAM. This is an appeal from an interlocutory order, which restrains, pending the final hearing, the appellants from interfering with the business of the appellees under color of a Wisconsin statute, which the appellees claim, on the state of facts averred by them, violates their rights under the commerce clause of the federal Constitution. The appellants have not satisfied us that the order staying the hands of appellants, pending a final hearing, was entered improvidently. We do not at this time consider any of the questions which go to the ultimate merits of the case, which were pressed upon our attention at this hearing.

The order appealed from is affirmed.